privileges. The judgment is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).

Floyd, members of the city's Board of Aldermen (collectively City). We affirm.

We have reviewed the briefs of the parties and the record on appeal and find that no error of law appears. Because an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b). A memorandum solely for the use of the parties involved has been provided explaining the reasons for our decision.

**NORMANDY SCHOOL DISTRICT, Plaintiff/Appellant,**

v.

**CITY OF PASADENA HILLS, et al., Defendants/Respondents.**

No. 73660.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 17, 1998.

Darold E. Crotzer, Jr., Charles L. Ford, Sandra A. Padgett, Crotzer and Ford, Clayton, for appellant.

Kevin M. O'Keefe, Corinne N. Darvish, Uthoff, Graeber, Bobinette & O'Keefe, St. Louis, for respondents.

Before PAUL J. SIMON, P.J., and KATHIANNE KNAUP CRANE and LAWRENCE E. MOONEY, JJ.

**ORDER**

PER CURIAM.

Normandy School District (Normandy) appeals from a judgment entered by the Circuit Court of St. Louis County dismissing its petition for declaratory judgment against the City of Pasadena Hills, J. Scott Livingston, the city's mayor, and Lesa Meierotto, Leyland Thomas, Jeannine Bennet, and James

**Ron OWENS, Employee/Respondent,**

v.

**NORB HACKMANN, INC., Employer/Respondent,**

**American States Ins. Co., Insurer/Respondent,**

and

**Wies Drywall & Construction Co., Employer/Appellant,**

**Transportation Insurance Co., Insurer/Appellant,**

and

**Trinity Insulation & Drywall, Employer/Respondent,**

**Missouri Builders Association, Insurer/Respondent,**

and

**TTC, Inc., Employer/Respondent,**

**Credit General, Insurer/Respondent,**

and

**Treasurer of Missouri as Custodian of the Second Injury Fund, Additional Party.**

No. 74175.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 17, 1998.